NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-3073

### FAE DRISCOLL,

Petitioner,

v.

### UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board
in SF075270409-I-1.

ON MOTION

## O R D E R

Upon consideration of the United States Postal Service's motion for an extension of time, until July 23, 2009, to file its brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 1 6 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Keith Goffney, Esq.
Michelle A. Windmueller, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 6 2009

JAN HORBALY
CLERK